ACCEPTED
03-14-00586-CR
5089102
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 4:17:24 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03-14-00586-CR

| | | |
|---|---|---|
| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
| | X | 3rd COURT OF APPEALS |
| V. | X | THIRD COURT OF APPEALS |
| | X | 4/29/2015 4:17:24 PM |
| STATE OF TEXAS | X | DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 4:17:24 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT:

COMES NOW THE APPELLANT, TERRELL MAXWELL, by and through attorney Jon Evans, and would move the Court for an extension of time for filing Appellant's brief in this cause and in support of this Motion would show the Court as follows:

I.

If no extension of time is granted by this Court, Appellant's brief was to be filed by April 7, 2015.

II.

Appellant seeks an extension of until April 28, 2015, to file Appellant's brief.

III.

A reasonable explanation for the need for an extension of time to file Appellant's brief exists.

Defense Counsel suffered a head injury in March from which he is still recovering and needed additional time to draft and file this brief.

In addition, Counsel has been in final stages of negotiation of a death penalty case, which was finally resolved on April 23, 2015.

IV.

Extensions of time have been granted previously by the Court in this cause.

V.

An extension of time for filing Appellant's brief will not delay submission of this cause in the prescribed order, and no harm will result to the Appellee as a result of the extension of time for filing briefs, in that this case has not been set for submission.

WHEREFORE, Appellant request that the Court enter an order extending the time for filing Appellant's brief to the 28th day of April, 2015.

Respectfully submitted,
Law Office of Evans and Lusk
806 W. 11th St.
Austin, Texas 78701
(512) 476-4075
(512) 477-6840 FAX

BY: /S/ JON EVANS_____
    JON T. EVANS
    SBN 00787445
    Attorney for Appellant

## VERIFICATION

BEFORE ME, the undersigned Notary Public, on this day personally appeared Jon Evans, who being by me duly sworn on his oath deposed and said as follows: "I am the attorney for the Appellant, TERRELL MAXWELL, in the above entitled and numbered cause. I have read the above and foregoing Motion for Extension of Time for Filing Appellant's Brief, and every statement contained therein is true and correct to the best of my knowledge.

/S/ JON EVANS_____.
Jon Evans

## CERTIFICATE OF DELIVERY

This is to certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing Appellant's Brief was delivered by hand unto the office of the prosecuting attorney for the State of Texas, on this the 28th day of April, 2015.

/S/ JON EVANS_____.
JON EVANS

No. 03-14-00586-CR

| TERRELL MAXWELL | X | IN THE COURT OF APPEALS |
|---|---|---|
| | X | |
| V. | X | THIRD COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | STATE OF TEXAS |

## <u>CERTIFICATE OF (ATTEMPTED) CONFERENCE</u>

This is to certify that the undersigned counsel for Appellant has attempted to resolve this matter by agreement. Appellant's Counsel has attempted to contact SCOTT TALIAFERRO, Assistant District Attorney for Travis County, Texas, who is the attorney of record for the State of Texas, by voice message on April 28, 2015.

/S/ JON EVANS_____.
Jon Evans
Attorney for Appellant